# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

_____

| | | |
|---|---|---|
| Joshua Jeter, #314407, | ) | C/A No. 2:13-460-JMC-BHH |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) **MOTION FOR SUMMARY JUDGMENT** | |
| | ) | |
| Warden, Perry Correctional Institution, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Respondent, above-named, by and through the undersigned attorneys, respectfully move this Court, pursuant to Rule 56(b) F.R.C.P., for summary judgment based upon the pleadings pursuant to 28 U.S.C.A. §2254(d)(1),(2) .

Respectfully submitted,

ALAN WILSON
Attorney General

JOHN W. McINTOSH
Chief Deputy Attorney General

DONALD J. ZELENKA
Senior Assistant Deputy Attorney General
I.D. No. 4425

By: s/Donald J. Zelenka
**ATTORNEYS FOR RESPONDENT**

P.O. Box 11549
Columbia, SC
May 29, 2013