U.S. DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

TO: Judge Bruce Hendricks

RECEIVED CLERK'S OFFICE

2013 JUN 11 A 9 54

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

Dear Sir:

My name is Joshua Jeter a pro se petitioner on writ of Habeas Corpus currently confined in the South Carolina Department of Corrections (SCDC). I recently filed a motion to stay judgement on writ of Habeas Corpus for the foregoing reasons. I am involved in a class-action appeal currently on writ of certiorari & I also just filed a post-conviction relief application (PCR) in the lower courts. I just recieved a summary judgement from the state, but I am asking you to rule upon the motion in my favor for the forementioned reasons. & so that the lower courts can rule upon the issues of new law. I just renewed my motion to stay for the reason that when I filed the first motion I had not filed the PCR yet I was waiting on the notary public to certify the application but now it should be pending. I thank you for your time.

Sincerly,

Josh Jeter

Josh Jeter # 314407
Perry C.I. (C-Y-7)
430 Oaklawn Rd.
Pelzer, S.C. 29669