UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Josh Jeter #314407,
    Petitioner,

vs.

Warden Perry Correctional Institution,
    Respondents,

C/A No. 2:13-460-JMC-BHH

MOTION TO ENLARGE

The Petitioner, above named, would respectfully move this court for an extension of time within which to make return of summary judgement. The return of petitioner in above action is due to be filed by July 5th 2013. The Petitioner move that the time for return to summary judgement be extended to August 5th, 2013. This motion is made because the petitioner has not been able to respond within the allotted time for the following reasons:

1. Petitioner has had other commitments in state court that has precluded timely completion of the return.

2. Petitioner has also obtained representation from the National Legal Professional Associates (NLPA) and waiting for them to assign counsel. (Please contact phone # 513-247-0082 Mrs. Robinson, 11331 Grooms Road, Suite 1000, Cincinnati, OH 45242 or Fax: 513-247-9580, E-mail: contactus@nlpa.com

3. Petitioner is also waiting on ruling of pending motion to stay and abeyance.

Respectfully submitted,

Josh Jeter #314407
Josh Jeter #314407
P.C.I. (Q-2-A-118)
430 Oaklawn Rd
Pelzer, S.C 29669

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

JOSH JETER # 314407,
    PETITIONER,

VS.

C/A No. 2:13-460-JMC-BHH

WARDEN, PERRY CORRECTIONAL INSTITUTION,
    RESPONDENTS,

## CERTIFICATE OF SERVICE

I, JOSH JETER # 314407 PRO SE PETITIONER, DO HEREBY CERTIFY THAT I HAVE THIS DATE SERVED A MOTION TO ENLARGE TO THE CLERK OF COURT TO DEPOSIT TO RESPONDENTS BY WAY OF THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID, AND ADDRESSED AS FOLLOWED:

CLERK OF COURT
UNITED STATES DISTRICT COURT
85 BROAD ST.
CHARLESTON, S.C. 29401

5TH DAY OF July 2013

**RECEIVED**
JUL 0 5 2013
P.C.I. MAILROOM